In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00161-CV
_____

IN THE GUARDIANSHIP OF DIANE DEMOULIN,
AN INCAPACITATED PERSON

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 19-38066-G

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

1

Submitted on September 25, 2019
Opinion Delivered September 26, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.